UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER C JOHNSON,

    Plaintiff,

v.

RESURGENT CAPITAL SERVICES LP,

    Defendant.

CASE NO. 3:23-CV-05394-BHS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Plaintiff Christopher C. Johnson has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the application, the governing law and the balance of the record, the Court ORDERS as follows:

    (1)    Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.

    (2)    The Clerk of the Court is directed to send a copy of this Order to Plaintiff's counsel and to the Honorable Benjamin H. Settle

    Dated this 5th day of May, 2023.

David W. Christel
Chief United States Magistrate Judge